

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME NAVIGATION CO. LTD.,

        Plaintiff,

   - against -                                   ECF CASE

GLOBAL UNITED LTD.,

        Defendant.
------------------------------------------------------------X

## VERIFIED COMPLAINT

Plaintiff, PRIME NAVIGATION CO. LTD. (hereinafter referred to as "Plaintiff"), by and through its attorneys, Lennon, Murphy & Lennon, LLC, as and for its Verified Complaint against the Defendant, GLOBAL UNITED LTD. (hereinafter referred to as "Defendant"), alleges, upon information and belief, as follows:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

2. At all times material to this action, Plaintiff was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law and was at all material times the owner of the motor tanker "AMAZON EXPLORER" (hereinafter the "Vessel").

3. Upon information and belief, Defendant was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, and was at all material times the appointed agent of Plaintiff.

4. By a charter party dated September 14, 2007 Plaintiff voyage chartered the Vessel to nonparty Petrobras.

5. Plaintiff delivered the Vessel into the service of Petrobras and fully performed all duties and obligations under the charter party.

6. On or about February 29, 2008, Defendant Global United Ltd. was appointed and agreed to serve as agent for Plaintiff at Freeport, Bahamas. *A copy of correspondence confirming Plaintiff's appointment of Defendant is annexed hereto as Exhibit "1".*

7. A dispute arose between the parties regarding Defendant's failure to refund cash to master payments which are due and owing to Plaintiff under the Plaintiff's agency agreement with the Defendant.[1]

8. As a result of Defendant's breach of its agency agreement with the Plaintiff due to Defendant's failure to pay the refund of cash to master payments due and owing to Plaintiff, Plaintiff has sustained damages in the total principal amount of $40,751.46 exclusive of interest, litigation and/or arbitration costs and attorneys' fees.

9. Despite due and repeated demand, Defendant has failed to pay the amounts due and owing under the agency agreement. *A copy of Defendant's confirmation of receipt of funds and Plaintiff's demands for payment are annexed hereto as Exhibit "2".*

10. Plaintiff reserves its right to arbitrate or litigate its claim against Defendant before a properly constituted arbitral body or a court of competent jurisdiction.

11. This action is brought in order to obtain jurisdiction over Defendant and also to obtain security for Plaintiff's claims and in aid of such proceedings.

---

[1] Cash to master payments were made to the Defendant by the Plaintiff and were never paid by the Defendant to the master. *See Exhibit "2".*

12. Interest, costs and attorneys' fees are routinely awarded to the prevailing party in such proceedings. As best as can now be estimated, Plaintiff expects to recover the following amounts:

|   |   |   |
|---|---|---|
| A. | Principal claim – Cash to Master Payments | $40,751.46 |
| B. | Estimated interest on claim - 3 years at 7.5% compounded quarterly: | $10,176.31 |
| C. | Estimated attorneys' fees and litigation costs: | $30,000.00 |
| **Total:** | | **$80,927.77** |

13. The Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of garnishees within the District which are believed to be due and owing to the Defendant.

14. The Plaintiff seeks an order from this Court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching, *inter alia*, any assets of the Defendant held by any garnishees within the District for the purpose of obtaining personal jurisdiction over the Defendant and to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A. That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint failing which default judgment be entered against it;

B.      That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds up to the amount of **$80,927.77** belonging to, due or being transferred to, from, or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.      That process in due form of law issue against the Defendants, citing them to appear and answer under oath all and singular the matters alleged in the Complaint;

D.      That pursuant to 9 U.S.C. §§ 201 et. seq. and/or the principles of comity, this Court recognize and confirm any judgment rendered on the claims had herein as a Judgment of this Court;

E.      In the alternative, that the Court retain jurisdiction to compel the Defendant(s) to arbitrate in accordance with the United States Arbitration Act, 9 U.S.C. § 1 *et seq.*;

F.      That this Court recognize and confirm any award or judgment rendered on the claims had herein as a Judgment of this Court;

G. That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof;

H. That this Court award Plaintiff the attorneys' fees and costs incurred in this action; and

I. That the Plaintiff has such other, further and different relief as the Court may deem just and proper.

Dated:   New York, NY
         May 29, 2008

                              The Plaintiff,
                              PRIME NAVIGATION CO. LTD

                       By: _____
                              Patrick F. Lennon
                              Coleen A. McEvoy
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - facsimile
                              pfl@lenmur.com
                              cam@lenmur.com

## ATTORNEY'S VERIFICATION

1. My name is Patrick F. Lennon.

2. I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am an attorney in the firm of Lennon, Murphy & Lennon, LLC attorneys for the Plaintiff.

4. I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5. The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6. The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7. I am authorized to make this Verification on behalf of the Plaintiff.

Dated:    New York, NY
          May 29, 2008

_____
Patrick F. Lennon

# EXHIBIT 1

ATHOFF/DAM          5/26/2008 1:24 PM    MARBI-261039              001/003

```
From: Marocean Brokers Inc
      <AZ@MARBI>
To   : MASTER AMAZON EXPLORER                         Sent    2/29/2008 10:09 PM
       <amazonexplorer@sunenterprises.gr&SMT>
Cc   : SUN ENTERPRISES LTD - POSTOFFICE               Sent    2/29/2008 10:12 PM
To   : S.SAPOUNTZOGLOU                                Sent    3/3/2008  9:16 AM
To   : G.TZOBBATZAKIS                                 Sent    3/3/2008  8:53 AM
To   : I.ALOUPIS                                      Sent    3/3/2008  4:12 PM
To   : T.MAKRYNIOTIS                                  Sent    3/3/2008  9:46 AM
To   : SUNSEL                                         Sent    3/11/2008 11:43 AM
To   : P.Cook                                         Sent    3/3/2008  10:10 AM
To   : J.ATHANASOPOULOS                               Sent    3/1/2008  9:23 AM
To   : G.POLEMIS                                      Sent    3/3/2008  10:55 AM
To   : A.Zarafonitis                                  Sent    3/3/2008  9:14 AM
To   : C.SALIARIS                                     Sent    3/3/2008  9:20 AM
To   : F.KONTOS                                       Sent    3/2/2008  8:56 PM
To   : V.PEPONIS                                      Sent    3/1/2008  9:23 PM
To   : AAS - A.SPYRANTIS - AT OFFICE                  Sent    3/3/2008  10:09 AM
To   : D.Baha                                         Sent    3/3/2008  9:22 AM
To   : M.PAPAPETROU                                   Sent    3/3/2008  9:38 AM
To   : D. Mikolis                                     Sent    3/3/2008  11:49 AM
To   : Clive J. Redhead                               Pending 3/1/2008  9:16 AM
Date: Friday, February 29, 2008 10:09 PM Msg: MARBI-261039
Sub : MT AMAZON EXPLORER C/P JAN 22, 2008 - SANTOS/RJANEIRO/FREEPORT-BAHAMAS - F
```

Subject: MT AMAZON EXPLORER C/P JAN 22, 2008 - SANTOS/RJANEIRO/FREEPORT-BAHAMAS - FULL VOY INSTRUCTIONS

REF.: MT AMAZON EXPLORER C/P JAN 22, 2008 - FULL VOY INSTRUCTIONS

FOLLOWING RECEIVED FROM CHARTERERS    - CONFIRM

QUOTE

GOOD DAY SIRS,

PLS FWD TO OWNERS/MASTER.

1 ST LOADING PORT - SANTOS
QTTY : 50.000 MT  OF FUEL OIL  SG - 1,02 SEGREGATED BY DOUBLE VALVE.

2 ND LOADING PORT - RIO DE JANEIRO
QTTY : 21.000 MT  OF FUEL OIL  SG - 1

UPON COMPLETION OF LOADING VSL SHALL PROCEED TO FREEPORT/BAHAMAS FOR ORDERS.
HOWEVER VSL WILL BE INFORM NOA TO NVMC / USCG (sans@nvmc.uscg.gov),
INITIALLY BASIS GUAYANILLA, 96 H TO ARRIVAL.

VESSEL TO MAINTAIN LOAD TEMPERATURE BUT MAXIMUM 135 DEG FAH. MAX LOAD TEMP
160 DEG FAH AT VESSELS MANIFOLD. OWNERS SHOULD SEND TO CHARTERERS ALL
DOCUMENTS DULY SIGNED BY VESSEL AND TERMINAL REPRESENTATIVES REPORTING THE
TEMPERATURE OF LOADED CARGO.

REGARDING AGENTS TO BE APPOINTED AT FREEPORT, BAHAMAS, WE SUGGEST BELOW ,
WHICH KINDLY CONFIRM OWNERS' APPOINTMENT

FREEPORT/BAHAMAS

ATHOFF/DAM            5/28/2008 1:24 PM    MARBI-261039                    002/003

GLOBAL UNITED BAHAMAS

Phone Number : + 242 352-9315 (6, 7, 8) (Switchboard) / + 242 351-7374
(Direct) / + 242 352-2328 (AOH)
Fax.:+ 242 352-2754 / + 242 352-4034 / + 242 352-2329 /+ 242 351-6784
E-Mail :gulops@gulbahamas.com

REMARK: FOR NOA PURPOSE FOLLOW FULL STYLE OF AGENT AT GUAYANILLA:

Agency Name : LUIZ A. AYALA COLON SUCRS. INC.
Adress : 1091, Ave. Santiago de Los Caballeros P.O.Box : 7066 - PR
00732-7066
Country : PUERTO RICO - USA
Telephone Number : +1 787 848 9000, Ext. 2401 to 2405 and 841-1120
Fax.:+ 1 787 848 0070
TLX :6502152635 AND 6502152636
E-Mail :agency.mgr.sj@ayacol.com

Contacts :
Name :FRANCISCO AYALA   (AGENT)
Tel.: + 1 787 984 5705
Mobile: 1 787 504 2794
E-mail: agency.mgr.sj@ayacol.com

Name :LUIZ G. DE JESUS   (MANAGER)
Tel.: + 1 787 843 4517
Mobile: 1 787 599 8134
E-mail: agency.mgr.sj@ayacol.com

'EDP' CAN BE APPLIED IN CASE B/L NOT RELEASED TILL VSL'S SLNG

AS SOON AS VSL LEAVES LAST LOADING PORT PLS INFORM THE FOLLOWING:

AA) QUANTITY LOADED AS PER B/L (IF AVAILABLE), SHIP'S FIGURES AND THE
TEMPERATURE OF LOADED CARGO.

BB) ARRIVAL DRAFT(SW/BW/FW) AND ETA DAILY AT FREEPORT/BAHAMAS, ST EUSTATIUS,
GUAYANILLA/PTO RICO AND N.YORK

CC) DATE AND HOUR OF DEVIATION POINT TO ST EUSTATIUS, GUAYANILLA AND NYORK

DD) TEMPERATURE OF CARGO PER EACH TANK DAILY

EE) QTTY (IN MTONS) THAT VSL HAS TO LIGHTER IN ORDER TO REACH THE FOLL
DRAFTS 38FT/37FT AND 36FT (SW/BW/FW)

FF) H2S CONTENT

ALSO, PLS INSTRUCT MASTER TO START ETA NOTICE TO DISPORT AGENTS, TO
PETROBRAS AMERICA AND TO US IN ORDER TO AVOID ANY DELAYS AT DISCH OPERATIONS
NOTE BELOW EMAILS TO BE SENT

FREEPORT BAHAMAS AGENCY
E-Mail :gulops@gulbahamas.com

PETROBRAS AMERICA
EMAIL - bgoulart@petrobras-usa.com

SPECIAL REMARK TO ALL CONCERNED PARTIES: PLS KEEP ALL MSGS IN COPY TO
(lmcerqueira.hope@petrobras.com.br);  (mandre@petrobras.com.br]  AND FOR OUR

GENERAL EMAIL: tankers@petrobras.com.br

KINDLY CONFIRM MASTER IS INSTRUCTED ACCORDINGLY.

BRGDS,

Marcos André
AB-LO/TM/OC
Phone: 55 21 3224-6425 or 6460 or 6404
Fax: + 55 21 25178005 after the message dial ext. 146425 (preferential - straight to my computer) or 55 21 3224-6454 or 6455 or 6456
Email: mandre@petrobras.com.br

UNQUOTE

NNNN

# EXHIBIT 2

```
ATHOFF/SS           12/05/2008 1:13 PM   ATHOFF-1405082         001/004
```

| | | | |
|---|---|---|---|
| From: | Sun Enterprirses Ltd - SS | | |
| To   | : Ellie Hepburn <ehepburn@gulbahamas.com@SMT> | Sent | 17/04/2008 3:20 PM |
| Cc   | : Fred Hall <fhall@gulbahamas.com@SMT> | Sent | 17/04/2008 3:20 PM |
| Cc   | : AAS  - A.SPYRANTIS - AT OFFICE | Sent | 17/04/2008 7:09 PM |
| Cc   | : P.KONTOS | Sent | 17/04/2008 4:04 PM |
| Cc   | : I.ALOUPIS | Sent | 18/04/2008 11:31 AM |
| Cc   | : M.FRAGIAS | Sent | 18/04/2008 9:37 AM |
| Cc   | : T.MAKRYNIOTIS | Sent | 17/04/2008 3:21 PM |
| Cc   | : V.PEPONIS | Sent | 17/04/2008 11:01 PM |
| Cc   | : N. Mikromastoras | Sent | 17/04/2008 3:25 PM |
| Cc   | : N.Mavroudi | Sent | 18/04/2008 11:52 AM |
| Cc   | : A.Amourgianos | Sent | 08/05/2008 10:31 AM |
| Cc   | : P.Cook | Sent | 17/04/2008 3:31 PM |

Date: 17 April, 2008 3:20 PM Msg: ATHOFF-1405082
Sub : Re: AMAZON EXPLORER PORT  CTM

Good day,

Further your below please note that almost 1 month has passed and Owners have not received funds with great disappoinment. The are requesting funds to be returned to them immediately without any further delay.

Pls urgently advise when funds will be returned

Regards
Stavros Sapountzoglou

-----
From: Ellie Hepburn
Date: Thu, 3 Apr 2008 17:33 +0300 Msg: ATHOFF-1394303
Subject: RE: AMAZON EXPLORER PORT  CTM
To: Sun Enterprirses Ltd - SS
To: Fred Hall

Good Day Stavros,

Below well rcvd, please be advised that we are working diligently with Central Bank to grant approval to have these funds sent back to owners. This is sometimes a swift process but can also be a lengthy process, I can guarantee you that as soon as approval is granted funds will be reimbursed to owners.

Thanks for your patience and understanding,

Best Regards,
Mr.Ellie Hepburn/Manager Tanker Operations
GUL Tanker Division(G.T.D)
3rd Floor Global United House
Freeport Harbour Area,Queens Hwy
P.O.Box F-43259, Freeport Bahamas
Tel:(242)-352-9315 Ext 230
Direct Line:1-242-351-4207
Fax:(242)-352-4034
Cell:(242)-442-9209
AOH:(242)-374-4916
I.T Phone:1-786-519-3843
website:www.gulbahamas.com
VHF: 09(Global United Ltd) / Ch:12(Borco Marine) / Ch:13(Borco Pilot's)

"Global in our service,United in our customer care!!!!!!"

ATHOFF/SS          12/05/2008 1:13 PM    ATHOFF-1405082         002/004

From: Sun Enterprirses Ltd - SS [mailto:Email@sunenterprises.gr]
Sent: Thu 4/3/2008 7:25 AM
To: Fred Hall
Cc: Ellie Hepburn
Subject: AMAZON EXPLORER PORT CTM


OWNERS JUST ADVISED THAT FUNDS STILL HAVE NOT BEEN RETURNED TO THEIR BANK. YOU
ARE KINDLY REQUESTED TO ADVISE IMMEDIATELY WHEN FUNDS FOR CTM WERE RETURNED AND
ALSO TO ADVISE REMITTANCE DETAILS IN ORDER TO TRACE.

REGARDS
STAVROS SAPOUNTZOGLOU
ACCOUNTS DEPT


-----
From: Sun Enterprirses Ltd - SS
Date: Mon, 31 Mar 2008 11:03 +0300 Msg: ATHOFF-1390551
Subject: Re: AMAZON EXPLORER PORT EXPS & CTM
To: GULF BAHAMAS Ellie Hepburn
Cc: GULF BAHAMAS Fred Hall
Cc: GULF BAHAMAS


PLS ADVISE WHEN FUNDS REMITTED TO OWNERS AS PER BELOW INSTRUCTIONS

REGARDS
STAVROS SAPOUNTZOGLOU
ACCOUNTS DEPT


-----
From: Sun Enterprirses Ltd - SS
Date: Mon, 24 Mar 2008 16:09 +0200 Msg: ATHOFF-1386244
Subject: Re: AMAZON EXPLORER PORT EXPS & CTM
To: Fred Hall
Cc: AMAZON EXPLORER
Cc: gulprof
Cc: Ellie Hepburn
Cc: Wires


AS PER YOUR BELOW MESSAGE OF 13 MARCH 2008 YOU CONFIRMED THAT FUNDS FOR PORT
EXPS + CTM WERE RECEIVED. WHY IS IT THAT THE VESSEL HAS SAILED TODAY 21 MARCH
AND DID NOT RECEIVE THE FUNDS. MASTER ADVISED THAT EACH DAY YOU WERE PROMISING
HIM TO DELIVER FUNDS BUT HE NEVER RECEIVED THEM. THIS IS VERY DISAPPOINTING
BECAUSE IT IS THE SECOND TIME THAT HAS HAPPENED WITH YOUR AGENCY.

PLS IMMEDIATELY RETURN FUNDS $ 45,668 AS FOLLOWS

TO:                          CITIBANK (SWITZERLAND) ZURICH
                             SWIFT CODE: CBSWCHZZ

ATHOFF/SS            12/05/2008  1:13 PM    ATHOFF-1405082           003/004

| | |
|---|---|
| FOR ONWARD TRANSMISSION TO: | CITIBANK (SWITZERLAND) GENEVA BRANCH 16 QUAI GENERAL GUISAN GENEVA, SWITZERLAND |
| ATTENTION: | MRS JOSEFINA MACEIRA |
| CORRESPONDING BANK IN N.Y.: | CITIBANK N.A. NEW YORK A/C NO 1 0 9 9 8 2 3 (OF CITIBANK (SWITZERLAND) ZURICH) ABA NO: 0 2 1 0 0 0 0 8 9 SWIFT CODE: C I T I U S 3 3 |
| IN FAVOUR: | PRIME NAVIGATION CO. LTD |
| A/C NO: | 0 / 3 4 8 7 8 1 / 0 1 4 |
| IBAN NUMBER: | CH73  0863  8000  3487  8101  4 |

REGARDS
STAVROS SASPOUNTZOGLOU
-----
From: Fred Hall
Date: Wed, 12 Mar 2008 22:53 +0200 Msg: ATHOFF-1378629
Subject: RE: AMAZON EXPLORER PORT EXPS & CTM
To: Sun Enterprises Ltd - SS
Cc: AMAZON EXPLORER
Cc: gulprof
Cc: Ellie Hepburn
Cc: Wires

We confirm receipt of funds

Best regards,
Frederick Hall
Global United Ltd
As agents only
Queen's Hwy & Harbour Rd.
Freeport, Grand Bahama
Bahamas
Tel: 242-352-9315 ext 224
Direct: 242-351-6116
Fax: 242-352-4034
Group email: gulops@gulbahamas.com
or dry dock calls: dry-dock@gulbahamas.com

"Global in our service United in our customer care"

This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person(s).

-----Original Message-----
From: Sun Enterprises Ltd - SS [mailto:Email@Sunenterprises.gr]
Sent: Wednesday, March 12, 2008 3:30 AM
To: Ellie Hepburn
Cc: AMAZON EXPLORER; gulprof
Subject: AMAZON EXPLORER PORT EXPS & CTM

ATHOFF/08      12/05/2008 1:13 PM    ATHOFF-1405082        004/004

Good morning,

Further our message of 7/3/08 pls note that we have remitted the total of $
74,668 covering P/exps $29000 + CTM $ 45,669 with value 11/3/08 though Citibank-
Geneva. Attached herewith are Citibank's swift payment details for funds, pls
confirm safe receipt.

Herebelow are our billing and mailing instructions for your D/A:

PRIME NAVIGATION CO. LTD.
MONROVIA, LIBERIA
M/T AMAZON EXPLORER

c/o SUN ENTERPRISES LTD.
LIVANOS BUILDING
6th FLOOR
47 - 49 AKTI MIAOULI
185 36 PIRAEUS, GREECE


Best Regards
Stavros Sapountzoglou

amazon explorer

```
ATHOFF  Wed, 12 Mar 2008 09:22
From: Sun Enterprises LTD
To  : GLOBAL UNITED BAHAMAS                                    Sent
 07/03/2008 3:16 PM
       <ehepburn@gulbahamas.com@SMT>
Cc  : AMAZON EXPLORER                                          Sent
 07/03/2008 3:17 PM
       <@EXPLOR>
Date: 07 March, 2008 3:16 PM Msg: ATHOFF-1375231
Path: \Everyone\A-OUTGOING\Mar-2008
Sub : REF MT AMAZON EXPLORER
```

PIRAEUS         7.3.08


TO      GLOBAL UNITED BAHAMAS
CC      MASTER

REF     MT AMAZON EXPLORER ETA FREEPORT 15.3.08


===


PLEASE ADVANCE CASH TO MASTER THE FOLLOWING AMOUNTS
OBTAINING SEPARATE RECEIPTS


AAA


IN US. CURRENCY REPEAT IN US CURRENCY THE FULL AMOUNT

Page 1

amazon explorer

OF USDOLLARS FIVE THOUSAND SIX HUNDRED SIXTY EIGHT (
5,668)
DEBITING OWNERS IN YOUR D/A WITH ANY BANK CHARGES/
DIFFERENCE
OF EXCHANGE WRITING ON MASTERS RECEIPT SAID AMOUNT EQUALS
TO
EUROS THREE THOUSANDSEVEN HUNDRED ( 3,700)


BBB

ALSO IN US. CURRENCY THE FULL AMOUNT OF USDOLLARS
FOURTY THOUSAND ( 40,000) FOR FOREIGN CREW DEBITING OWNERS

WITH BANK CHARGES


ABOVE FUNDS WILL BE REMITTED TOGETHER WITH FUNDS FOR
PORT EXPS ( USD 29.000) TTLG USD 74,668 THROUGH CITIBANK
-GENEVA


REGARDS


NNNNNNNNNNNNNNNNNNNNNNNNNN