UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIME NAVIGATION CO. LTD.,

        Plaintiff,

- against -

GLOBAL UNITED LTD.,

        Defendant.

------------------------------------------------------------X

ECF CASE

08 CIV 4962

JUDGE HOLWELL

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: May 29, 2008
      New York, NY

                                    The Plaintiff,
                                    PRIME NAVIGATION CO. LTD.

By: _____
Patrick F. Lennon
Coleen A. McEvoy
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
pfl@lenmur.com
cam@lenmur.com