*Holwell, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PRIME NAVIGATION CO. LTD.,        :     08 Civ. _____

          Plaintiff,        :     ECF CASE

- against -               :     JUDGE HOLWELL

GLOBAL UNITED LTD.,          :

         Defendant.       :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special

Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Patrick F. Lennon, sworn to on May 29, 2008,

and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson,

Anne C. LeVasseur, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon,

Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in

addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the

Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other

garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold

assets of, for or on account of, Defendant.

Dated: New York, NY
      ~~May~~ ___, 2008
      June

                               _____
                                       U.S.D.J.