UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRIME NAVIGATION CO. LTD.,

                Plaintiff,           08-cv-4962 (RJH)

  - against -

                                            ECF CASE

GLOBAL UNITED LTD.,

                Defendant.
-----------------------------------------------------------X



## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attached funds of Defendant restrained in the District are being released pursuant to separate written instructions that have been furnished to the garnishee bank(s).

Dated: June 12, 2008
        Southport, CT

                                    The Plaintiff,
                                    PRIME NAVIGATION CO. LTD.

                                    By: _____
                                    Patrick F. Lennon
                                    Coleen A. McEvoy
                                    LENNON, MURPHY & LENNON, LLC
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050
                                    Fax (212) 490-6070
                                    pfl@lenmur.com
                                    cam@lenmur.com

SO ORDERED:

_____
Hon. Richard J. Holwell
United States District Judge  6/13/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08